AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DERRICK WAYNE WALKER, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 323-020

UNIT MANAGER KAREN THOMAS, and LT. SHELAND CRAY,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 4, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, this case is dismissed without prejudice, and this civil action stands closed.



| May 4, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cashell* |
| | (By) Deputy Clerk |

GAS Rev 10/2020